1  BENJAMIN B. WAGNER
   United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, Ca 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:14-CR-00123-AWI-BAM |

12 |                 Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |

13 |           v. |

14 | VICTOR SCOTT REESE, |

15 |                 Defendant. |

16

17      Based upon the entry of plea entered by defendant Victor Scott Reese, it is hereby ORDERED,

18 ADJUDGED AND DECREED as follows:

19      1.      Under 18 U.S.C. § 2253(a), defendant Victor Scott Reese's interest in the following

20 property shall be condemned and forfeited to the United States of America, to be disposed of according

21 to law:

22      a.  Asus Desktop Computer, seized from defendant by law enforcement on or about June 29,
            2009;
23
        b.  Apple IMac desktop computer, seized from defendant by law enforcement on or about
24          June 29, 2009; and

25      c.  Computers, compact discs, hard drives, or other storage devices containing visual
            depictions of minors engaged in sexually explicit conduct and seized from defendant by
26          law enforcement on or about June 29, 2009.

27      2.      The above-listed assets constitute property which contain visual depictions mailed,

28 shipped, or transported in violation of 18 U.S.C. § 2252(a)(4)(B), or was used or intended to be used to

1  commit and to promote the commission of the aforementioned violation.

2      3.    Under Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the United States Marshals Service or the Federal Bureau of Investigation in its secure custody and control.

    4.    a. Under 18 U.S.C. § 2253(b), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

    b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

    5.    If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253(a), in which all interests will be addressed.

IT IS SO ORDERED.

Dated:   November 14, 2014                    _____
                                             SENIOR DISTRICT JUDGE