**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
VICTOR SCOT REESE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 14-CR-00123 AWI-BAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING** |
| vs. | |
| VICTOR SCOTT REESE, | |
| Defendant | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE ANTHONY W. ISHII AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, VICTOR SCOTT REESE, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, February 9, 2015 be continued to Monday, May 4, 2015.

Defense counsel is requesting additional time to provide documents to United States Probation Officer, Michael Armistead, in order to prepare his draft of the Pre-Sentence Investigation Report in the case herein.  I have spoken to AUSA Brian Enos, and he has no objection to continuing the sentencing hearing.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

**IT IS SO STIPULATED.**

Respectfully Submitted,

DATED: 12/8/14 /s/ David A Torres
DAVID A. TORRES
Attorney for Defendant
VICTOR SCOTT REESE


DATED: 12/8/14 /s/Brian Enos
BRIAN ENOS
Assistant U.S. Attorney


# ORDER

The sentencing hearing currently set for February 9, 2015 is continued to May 4, 2015, at 10:00 a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:   December 9, 2014

SENIOR DISTRICT JUDGE

Stipulation and Proposed Order to Continue Sentencing

2