**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (6610326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
VICTOR SCOTT REESE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>VICTOR SCOTT REESE,<br><br>    Defendant | ) Case No.: 1:14-CR-00123-AWI-BAM<br>)<br>) **STIPULATION AND ORDER TO**<br>) **CONTINUE SENTENCING HEARING**<br>)<br>)<br>)<br>)<br>)<br>) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

ANTHONY W. ISHII AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

    **COMES NOW** Defendant, VICTOR SCOTT REESE, by and through his attorney of record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for Monday, May 4, 2015 be continued to Monday, July 27, 2015

    My associate returned from a weekend visit to Portland Oregon where she interviewed various family members and friends.  The defense has several more interviews scheduled locally and therefore request a continuance.  I have spoken to AUSA Brian Enos, and he has no objection to continuing the sentencing hearing.

    The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

1

//

//

**IT IS SO STIPULATED.**

                                            Respectfully Submitted,

DATED: 4/30/15　　　　　　　　　　　　　　***/s/ David A Torres***
　　　　　　　　　　　　　　　　　　　　　DAVID A. TORRES
　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　[DEFENDANTS NAME]


DATED: 4/30/15　　　　　　　　　　　　　　***/s/Brian Enos***
　　　　　　　　　　　　　　　　　　　　　BRIAN ENOS
　　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

## ORDER

The sentencing hearing as to Victor Scott Reese is continued from May 4, 2015, to July 27, 2015, at 10:00 a.m. in Courtroom 2 before Senior District Judge Anthony W. Ishii.

IT IS SO ORDERED.

Dated:　April 30, 2015　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE

2