**DAVID A. TORRES AND ASSOCIATES**
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Fax: (661)326-0936
Email: dtorres@lawtorres.com

Attorney for:
VICTOR SCOTT REESE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 14-CR-00123 AWI-BAM |
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| vs. | ) **CONTINUE SENTENCING HEARING** |
| VICTOR SCOTT REESE, | ) |
| Defendant | ) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE

ANTHONY W. ISHII AND BRIAN ENOS, ASSISTANT UNITED STATES ATTORNEY:

     **COMES NOW** Defendant, VICTOR SCOTT REESE, by and through his attorney of

record, DAVID A. TORRES hereby requesting that the sentencing hearing currently set for

Monday, July 27, 2015 be continued to Monday, August 31, 2015.

     I am currently in a multi-defendant trial in the mapper of *People v. Benjamin Jimenez*

*DF011554B*, in Kern County Superior Court.  Trial is anticipated to last approximately three

weeks.   I have spoken to AUSA Brian Enos, and he has no objection to continuing the

sentencing hearing.

     The parties also agree the delays resulting from the continuance shall be excluded in the

interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

1    **IT IS SO STIPULATED.**

2                                                        Respectfully Submitted,

3    DATED: 7/22/15                                      */s/ David A Torres* ___
                                                         DAVID A. TORRES
4                                                        Attorney for Defendant
                                                         VICTOR SCOTT REESE
5

6    DATED: 7/22/15                                      */s/Brian Enos* ___ _____
                                                         BRIAN ENOS
7                                                        Assistant U.S. Attorney

8

9                                 **ORDER**

10

11       The sentencing hearing currently set for July 27, 2015, is continued to August 31, 2015,

12   at 10:00 am.

13

14   IT IS SO ORDERED.

15   Dated:  __July 23, 2015__          _____
                                                SENIOR  DISTRICT  JUDGE
16

17

18

19

20

21

22

23

24

25

Stipulation and Proposed Order to Continue Sentencing